**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:02cr144**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **TAIWANNA SULLIVAN.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's motion for reconsideration of the decision of the undersigned to remit the requirement that the Defendant pay restitution.

On April 19, 2006, the Court revoked the Defendant's probation and sentenced her to an active term of imprisonment.  The Court also remitted her obligation to pay restitution, finding that she was completely financially unable to do so.  For the reasons stated on the record during the revocation hearing, the Court declines to stay imposition of its Judgment pending appeal.

**IT IS, THEREFORE, ORDERED** that the Government's motion is hereby **DENIED**.

Signed: June 12, 2006

Lacy H. Thornburg
United States District Judge