# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:02CR144

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| TAIWANNA SULLIVAN ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals reversing the part of this Court's Judgment filed April 19, 2006, which ordered the "complete remittance of [Defendant's] victim restitution . . . previously ordered [paid] pursuant to the Mandatory Victim Restitution Act." ***See, United States v. Sullivan*, 2007 WL 2032000 (4th Cir. 2007).**

Pursuant to the Fourth Circuit's remand,

**IT IS, THEREFORE, ORDERED** that the Court's Judgment of Conviction filed March 13, 2003, directing the Defendant to pay restitution pursuant to the Mandatory Victim Restitution Act in the amount of $110,764.79 is hereby **REINSTATED** and the remaining terms and

conditions set forth in the Court's April 19, 2006, Amended Judgment of Conviction remain in full force and effect.

The Clerk shall prepare an Amended Judgment in accordance with this Order.

Signed: August 22, 2007

Lacy H. Thornburg
United States District Judge